# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:20-cv-00085-KDB
# (5:16-cr-00015-KDB-DCK-1)

| | |
|---|---|
| JAMES HOLLAND HELMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion on the Government's Response to Order to Show Cause [Doc. 7] and the United States Supreme Court's decision in Greer v. United States, 141 S.Ct. 2090 (2021).

For the reasons stated in the Court's Show Cause Order [Doc. 6] and on the Government's agreement that the stay in this matter should be lifted [Doc. 7], the Court will lift the stay and order that the Government has 30 days to file its response to the Petitioner's Section 2255 Motion to Vacate [Doc. 1].

**IT IS, THEREFORE, ORDERED** that the stay in this matter is hereby **LIFTED** and the Government shall have thirty (30) days from this Order to file its response in this matter.

Signed: July 6, 2021

Kenneth D. Bell
United States District Judge